UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

SHEMAIAH FORD                                              Case No. 1:25-cv-00748-PKC

                                     Plaintiff,                                **ANSWER**

      v.

COREY SHADER

                                     Defendant.

------------------------------------------------------------------------------X

      Defendant COREY SHADER, ("Defendant") by and through his attorneys Spodek Law Group P.C., as and for his Answer to the second amended complaint (the "Complaint") by the plaintiff, SHEMAIAH FORD, ("Plaintiff"), is as follows:

      1.      Defendant denies the allegations contained in Paragraph 1 of the Complaint.

      2.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint, and further avers that Paragraph 2 of the Complaint does not contain any allegation to which an answer can be stated.

      3.      Defendant denies the allegations contained in Paragraph 3 of the Complaint.

      4.      Defendant denies the allegations contained in Paragraph 4 of the Complaint.

      5.      Defendant denies the allegations contained in Paragraph 5 of the Complaint.

      6.      Defendant admits the truth of the allegation set forth in Paragraph 6 of the Complaint to the extent that Defendant does own firearms, and denies the remainder of the allegations contained in Paragraph 6 of the Complaint.

      7.      Defendant denies the allegations contained in Paragraph 7 of the Complaint.

      8.      Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12. Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint, and respectfully avers that the statement in Paragraph 16 of the Complaint is not an allegation which requires a response.

17. Defendant denies the allegations contained in Paragraph 17 of the Complaint of the Complaint, and respectfully avers all questions of law to the Court.

18. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint, and respectfully avers all questions of law to the Court.

19. Defendant denies the allegations contained in Paragraph 19 of the Complaint

20. Defendant admits the allegations contained in Paragraph 20 of the Complaint.

21. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint.

22. Defendant admits the allegations contained in Paragraph 22 of the Complaint.

23. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint.

24. Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25. Defendant denies the allegations contained in Paragraph 25 of the Complaint.

26. Defendant denies the allegations contained in Paragraph 26 of the Complaint.

27. Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint.

29. Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30. Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31. Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32. Defendant denies the allegations contained in Paragraph 32 of the Complaint.

33. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint.

34. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint.

35. Defendant denies the allegations contained in Paragraph 35 of the Complaint.

36. Defendant denies the allegations as contained in Paragraph 36 of the Complaint as it pertains to all other Defendants.

37. Defendant denies the allegations set forth in Paragraph 37 of the Complaint.

38. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint.

39. Defendant denies the allegations contained in Paragraph 39 of the Complaint.

40. Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41. Defendant denies the allegations set forth in Paragraph 41 of the Complain..

42. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint.

43. Defendant denies the allegations contained in Paragraph 43 of the Complaint.

44. Defendant denies the allegations contained in Paragraph 44 of the Complaint.

45. Defendant denies the allegations contained in Paragraph 45 of the Complaint.

46. Defendant denies the allegations set forth in Paragraph 46 of the Complaint.

47. Defendant denies the allegations contained in Paragraph 47 of the Complaint.

48. Defendant denies the allegations contained in Paragraph 48 of the Complaint.

49. Defendant denies the allegations contained in Paragraph 49 of the Complaint.

50. Defendant denies the allegations contained in Paragraph 50 of the Complaint

51. Defendant denies the allegations set forth in Paragraph 51 of the Complaint.

52. Defendant denies the allegations contained in Paragraph 52 of the Complaint.

53. Defendant denies the allegations contained in Paragraph 53 of the Complaint.

54. Defendant denies the allegations contained in Paragraph 54 of the Complaint.

55. Defendant denies the allegations contained in Paragraph 55 of the Complaint.

56. Defendant denies the allegations contained in Paragraph 56 of the Complaint.

57. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint.

58. Defendant denies the allegations contained in Paragraph 58 of the Complaint.

59. Defendant denies the allegations contained in Paragraph 59 of the Complaint.

60. Defendant denies the allegations contained in Paragraph 60 of the Complaint.

61. Defendant denies the allegations contained in Paragraph 61 of the Complaint.

62. Defendant denies the allegations contained in Paragraph 62 of the Complaint.

63. Defendant denies the allegations contained in Paragraph 63 of the Complaint.

64. Defendant denies the allegations contained in Paragraph 64 of the Complaint.

65. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint.

66. Defendant denies the allegations contained in Paragraph 66 of the Complaint.

67. Defendant denies the allegations contained in Paragraph 67 of the Complaint.

68. Defendant denies the allegations contained in Paragraph 68 of the Complaint.

69. Defendant denies the allegations contained in Paragraph 69 of the Complaint.

70. Defendant denies the allegations contained in Paragraph 70 of the Complaint.

71. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint.

72. Defendant denies the allegations in Paragraphs 72 through 75 of the Complaint and Defendant respectfully avers all questions of law to this Court.

73. Defendant denies the allegations in Paragraphs 76 through 80 of the Complaint and Defendant respectfully avers all questions of law to this Court.

74. Defendant denies the allegations in Paragraphs 81 through 85 of the Complaint and Defendant respectfully avers all questions of law to this Court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

75. Plaintiffs' claims are barred by the applicable statute of limitations.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

76. Plaintiffs' damages were caused and/or are mitigated by her culpable conduct.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

77.     Plaintiffs' claims are barred by the doctrine of laches, waiver, assumption of risk, unjust enrichment and unclean hands.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

78.     This Court lacks subject matter jurisdiction.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

79.     Defendants hereby gives notice that it intends to rely upon such other and further defenses as may become available during discovery in this action and reserves the right to amend its Answer to assert any such defenses.

**WHEREFORE**, Defendant requests judgment dismissing Plaintiff's Complaint with prejudice, and any other relief as this Court may deem just and proper.

DATED:     New York, New York
            February 27, 2026

                                            /S/ Jeremy G. Feigenbaum
                                    Jeremy G. Feigenbaum, Esq.
                                    SPODEK LAW GROUP P.C.
                                    *Attorneys for Defendant*
                                    233 Broadway, Suite 710
                                    New York, NY 10279
                                    (212) 300-5196

TO:     All Parties (Via *ECF*)

## CM/ECF CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2026, a true and correct copy of the foregoing ANSWER was served on the following counsel of record in this action via CM/ECF.

Dated: February 27, 2026

                                            _____/s/_____
                                            Jeremy G. Feigenbaum, Esq.