UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SHEMAIAH FORD,

Plaintiff(s),

25 Civ. 748    (PKC)

- against -

COREY SHADER,

ORDER FOLLOWING
PRETRIAL CONFERENCE

Defendant(s).

------------------------------------------------------------------x

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following

is ORDERED:

1. Discovery is reopened for a further deposition of plaintiff and defendant to be completed by April 21, 2026.

2. Expert discovery shall be completed by June 26, 2026.

The next Case Management Conference [the Final Pretrial Conference] will be

2

held on _July 15, 2026_ at _12:30_ am/pm.  Any conference scheduled for a date

prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
4-8-26